


F I L E D

NOV 1 9 2007 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| William G Putnicki<br>Clerk of Court | Division: San Antonio<br>Address: U.S. Courthouse<br>655 East Durango Blvd.<br>San Antonio, Texas 78206<br>Phone: (210) 472-6550<br>DATE: 11/14/07 |

07CV 6394

United States District Court

Northern District of Illinois

Everett McKinley Dirksen Building,

219 South Dearborn Street

Chicago, Illinois 60604

**SUBJECT:** SA07-cv-775 - GORDON PETERS v. OCWEN LOAN SERVICING

Dear Deputy Clerk:

The above action has been transferred to your court pursuant to the MDL Transfer Order CTO-45, Docket No. 1604.

Please find enclosed a certified copy of the transfer order and the docket sheet.

You may access electronically filed documents for this case at our DCN CM/ECF web address: http//ecf.txwd.circ5.dcn. Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt of the enclosed transfer order, docket sheet and original documents, if any, by signing and returning the enclosed copy of this letter the divisional office and address listed above.

Sincerely,
William G. Putnicki
Clerk of Court

By: _____
Robert F. Flaig
Deputy Clerk

Received this _____ day of _____, 200__, by: _____

CLOSED, NSN

## U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CIVIL DOCKET FOR CASE #: 5:07-cv-00775-WRF

Peters et al v. Ocwen Loan Servicing, LLC
Assigned to: Honorable W. Royal Furgeson, Jr
Case in other court: 37th JDC in Bexar County, Texas, 2007-CI-06293
Cause: 28:1332 Diversity-Petition for Removal

Date Filed: 09/25/2007
Date Terminated: 11/13/2007
Jury Demand: Plaintiff
Nature of Suit: 290 Real Property: Other
Jurisdiction: Diversity

**Plaintiff**

**Gordon W. Peters**     represented by **Edward Carstarphen**
Ellis Carstarphen Dougherty & Goldenthal, PC
5847 San Felipe
Suite 1900
Houston, TX 77057
(713) 647-6800
Fax: 713/647-6884
Email: emc@ECDGLAW.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert C. Hilliard**
Hilliard & Munoz, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, TX 78401
(361)882-1612
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A true copy of the original, I certify.
Clerk, U. S. District Court
By _____ Deputy
11/14/2007

                                      **William H. Oliver**
Pipkin, Oliver & Bradley, L.L.P.
1020 N.E. Loop 410
Suite 810
San Antonio, TX 78209
(210)820-0082
Fax: 210/820-0077
Email: wholiver@pobllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Deborah Peters** | represented by | **Edward Carstarphen** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Robert C. Hilliard** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **William H. Oliver** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Ocwen Loan Servicing, LLC** *As Successor By Merger With Ocwen Federal Bank, FSB* | represented by | **Lindsay L. Stansberry** Cowles & Thompson, P.C. 100 E. Ferguson, Ste. 1202 Tyler, TX 75702 (903)596-9000 Fax: 903/596-9005 Email: lstansberry@cowlesthompson.com |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Douglas Cronenwett**
Cowles & Thompson, P.C.
901 Main Street, Suite 4000
Dallas, TX 75202-3793
(214)672-2159
Fax: 214/672-2359
Email: mcronenwett@cowlesthompson.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/25/2007 |  | If ordered by the court, all referrals will be assigned to Magistrate Judge Nowak (ga) (Entered: 09/26/2007) |
| 09/25/2007 | 1 | NOTICE OF REMOVAL (Filing fee $350 receipt number 208608), filed by Ocwen Loan Servicing, LLC. (Attachments: #1 Exhibits to Removal and #2 Civil Cover Sheet Supplement to Civil Cover Sheet and receipt)(ga) (Entered: 09/26/2007) |
| 09/25/2007 | 2 | Certificate of Interested Persons by Ocwen Loan Servicing, LLC. (ga) (Entered: 09/26/2007) |
| 09/26/2007 | 3 | Order forScheduling Recommendations/Proposed Scheduling Order due by 11/27/2007. Parties are to notify the Court whether or not they consent to U.S. Magistrate Judge jurisdiction within 30 days. Signed by Judge W. Royal Furgeson Jr. (tm) (Entered: 09/26/2007) |
| 10/10/2007 | 4 | Unopposed MOTION to Stay *Pending MDL Panel Review* by Ocwen Loan Servicing, LLC. |

|  |  |  |
|---|---|---|
|  |  | (Attachments: # 1 Proposed Order # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D)(Cronenwett, Mark) (Entered: 10/10/2007) |
| 10/11/2007 | ●5 | ORDER granting 4 Motion to Stay Pending MDL Panel Review. Signed by Judge W. Royal Furgeson Jr. (tm) (Entered: 10/11/2007) |
| 11/13/2007 | ●6 | ORDER TRANSFERRING CASE to Northern District of Illnois (MDL 1604). Signed by Judge Unassigned. (rf) (Entered: 11/14/2007) |
| 11/13/2007 | ● | Case transferred to District of Northern District of Illnois (MDL 1604); (rf) (Entered: 11/14/2007) |

CEM

**FILED**
OCTOBER 29, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A CERTIFIED TRUE COPY

OCT 2 9 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

OCT 11 2007

07 C 6394
FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
NOV 13 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY DEPUTY CLERK

IN RE: OCWEN FEDERAL BANK FSB MORTGAGE
SERVICING LITIGATION

MDL No. 1604

(SEE ATTACHED SCHEDULE)

JUDGE NORGLE

## CONDITIONAL TRANSFER ORDER (CTO-45)

On April 13, 2004, the Panel transferred six civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 314 F.Supp.2d 1376 (J.P.M.L. 2004). Since that time, 70 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Norgle, Sr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Norgle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of April 13, 2004, and, with the consent of that court, assigned to the Honorable Charles R. Norgle, Sr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 29 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true copy of the original, I certify.
Clerk, U. S. District Court

By _____ Deputy

IN RE: OCWEN FEDERAL BANK FSB MORTGAGE
SERVICING LITIGATION                                          MDL No. 1604

## SCHEDULE CTO-45 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **TEXAS NORTHERN** | |
| TXN 3 07-1571 | Robert Armstrong v. Ocwen Loan Servicing LLC, et al. — 07CV6393 |
| **TEXAS WESTERN** | |
| TXW 5 07-775 | Gordon W. Peters, et al. v. Ocwen Loan Servicing, LLC — 07CV6394 |
| TXW 6 07-297 | Theresa M. Traina v. Ocwen Loan Servicing LLC, et al. — 07CV6395 |